Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:11-mj-00011-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND  ORDER |
| v. ) | THEREON |
| ) | |
| REGINALD CHAPPLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: May 17, 2011                            NATIONAL PARK SERVICE


    /S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 18, 2011                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE